IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ALEXUS JOHNSON,**  *Plaintiff,*  v.  **EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC, TRANSUNION LLC, and I.Q. DATA INTERNATIONAL, INC.,**  *Defendants.* | **CIVIL ACTION: 4:24-cv-456**  **COMPLAINT**  **DEMAND FOR JURY TRIAL** |

## NOTICE OF SETTLEMENT

ALEXUS JOHNSON ("Plaintiff"), by and through undersigned attorneys, files this Notice of Settlement and states that TRANSUNION LLC ("Defendant TransUnion" or "TransUnion") and Plaintiff have reached a settlement in the above-styled matter and are presently drafting, finalizing, and executing the settlement and dismissal documents.

DATED: June 24, 2024            Respectfully Submitted,

*/s/ Shakeria Northcross*
Shakeria Northcross
Texas Bar No. 24116836
NORTHCROSS LEGAL PLLC
539 W. Commerce St. #7226
Dallas, Texas 75208
T: (903) 691-1246
E: assistant@northcrosslegal.com

*s/ Tiffany Hill*
Tiffany Hill, Esq. (OBA# 31332)
3010 LBJ Freeway, Suite 1200

1

Dallas, TX 75234<br>
(405) 456-9406<br>
thlegalconsulting@gmail.com

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing documents was electronically filed and served via CM/ECF upon all parties and counsel, in accordance with the Federal Rules of Civil Procedure on June 24, 2024.

*/s/ Shakeria Northcross*
Shakeria Northcross