IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALEXUS JOHNSON,<br>   *Plaintiff,*<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC, TRANSUNION LLC, and I.Q. DATA INTERNATIONAL, INC.,<br>   *Defendants.* | CIVIL ACTION: 4:24-cv-456<br><br><br>COMPLAINT<br><br><br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF SETTLEMENT

ALEXUS JOHNSON ("Plaintiff"), by and through undersigned attorneys, files this Notice of Settlement and states that EXPERIAN INFORMATION SOLUTIONS INC. ("Defendant Experian" or "Experian") and Plaintiff have reached a settlement in the above-styled matter and are presently drafting, finalizing, and executing the settlement and dismissal documents.

DATED: July 10, 2024      Respectfully Submitted,

               */s/ Shakeria Northcross*
               Shakeria Northcross
               Texas Bar No. 24116836
               NORTHCROSS LEGAL PLLC
               539 W. Commerce St. #7226
               Dallas, Texas 75208
               T: (903) 691-1246
               E: assistant@northcrosslegal.com

               *s/ Tiffany Hill*
                Tiffany Hill, Esq. (OBA# 31332)
                3010 LBJ Freeway, Suite 1200

Dallas, TX 75234<br>
(405) 456-9406<br>
thlegalconsulting@gmail.com

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing documents was electronically filed and served via CM/ECF upon all parties and counsel, in accordance with the Federal Rules of Civil Procedure on July 10, 2024.

*/s/ Shakeria Northcross*
Shakeria Northcross