## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| ALEXUS JOHNSON,<br>                    *Plaintiff,*<br><br>         v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC and I.Q. DATA<br>INTERNATIONAL, INC.<br>                    *Defendants.* | CIVIL ACTION: 4:24-cv-456 |

### ORDER

Before the Court is Plaintiff Alexus Johnson's Motion to Compel Discovery Responses. Having considered the Motion, the Court GRANTS the Motion and compels adequate responses and production of responsive documents from Defendant IQ regarding Plaintiff's discovery requests in Exhibit A.

SO ORDERED on this _____ day of _____, 2024.


_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE